■ In the Matter of RANDOLPH ROSSI, Appellant, v ROBERT CUNNINGHAM, as Superintendent of Woodbourne Correctional Facility, Respondent. [988 NYS2d 85]—Appeal from a judgment of the Supreme Court (McGrath, J.), entered November 29, 2012 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Central Office Review Committee denying petitioner's grievance.

Judgment affirmed, upon the opinion of Justice Patrick J. McGrath.

Lahtinen, J.P., McCarthy, Egan Jr., Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of DEVENDRA SINGH, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [988 NYS2d 85]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Stein, Rose, Egan Jr. and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.